816

No. 81–1613. MEMPHIS BANK & TRUST CO. *v.* GARNER, SHELBY COUNTY TRUSTEE, ET AL. Sup. Ct. Tenn. [Probable jurisdiction noted, 456 U. S. 943.] Motion of appellees for divided argument granted.

No. 81–1618. WEYERHAEUSER CO. ET AL. *v.* LYMAN LAMB CO. ET AL.; and

No. 81–1619. GEORGIA-PACIFIC CORP. *v.* LYMAN LAMB CO. ET AL. C. A. 5th Cir. [Certiorari granted, 456 U. S. 971.] Motions of Business Roundtable et al. and City Investing Co. et al. for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument granted, and 10 additional minutes allotted for that purpose. JUSTICE WHITE took no part in the consideration or decision of these motions.

No. 81–1627. SHEPARD *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. [Certiorari granted, 456 U. S. 970.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.

No. 81–1661. GENERAL MOTORS CORP. *v.* DEVEX CORP. ET AL. C. A. 3d Cir. [Certiorari granted, 456 U. S. 988.] Motion of the Bar Association of the District of Columbia for leave to file a brief as *amicus curiae* granted. Motion of the Bar Association of the District of Columbia for leave to participate in oral argument as *amicus curiae* denied.

No. 81–1664. METROPOLITAN EDISON CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. [Certiorari granted, 457 U. S. 1116.] Motion of the Solicitor General for divided argument granted.

No. 81–1748. UNITED STATES *v.* MITCHELL ET AL. Ct. Cl. [Certiorari granted, 457 U. S. 1104.] Motion of the parties to dispense with printing the joint appendix granted.